Robert F. Tyson, Jr. Esq. (Bar No. 147177)
Kristi Blackwell, Esq. (Bar No. 253967)
Terra M. Affourtit, Esq. (Bar No. 292677)
TYSON & MENDES, LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 459-4400

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RICHARDSON, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
| v. | |
| COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; and DOES 1 to 20, inclusive, | **(DEMAND FOR JURY TRIAL)** |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

/ / /

**Complete Diversity Exists**

1. Plaintiff Jennifer Richardson is a citizen of the state of California.

2. Defendant was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a Washington corporation with its headquarters and principal place of business in Washington.

3. Plaintiff's Complaint also names Costco Wholesale Membership, Inc. as a defendant. The citizenship of Costco Wholesale Membership, Inc. has no impact on whether complete diversity exists between Plaintiff and Defendant. The citizenship of Costco Wholesale Membership, Inc. should be disregarded for removal purposes because it is a sham defendant fraudulently named by Plaintiff in this action. (See *Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1067 (9th Cir. 2001) (holding that a non-diverse party (plaintiff or defendant) named in the state court action may be disregarded if the federal court determines that party's joinder is a "sham" or "fraudulent" so that no possible cause of action has been stated against that party); *McCabe v. General Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987) ("Fraudulent joinder is a term of art. If the plaintiff fails to state a cause of action against a resident defendant, and the failure is obvious according to the settled rules of the state, the joinder of the resident defendant is fraudulent.").

4. Costco Wholesale Membership, Inc. is an improper party to this case because it did not own, operate, maintain, manage or control any portion of the Rancho Cucamonga Costco warehouse in which Plaintiff Jennifer Richardson's accident occurred on November 20, 2020. The only function of Costco Wholesale Membership, Inc. is to collect the membership funds paid by Costco members and to maintain a membership list. Because Costco Wholesale Membership, Inc. had no control or possession over the subject premises where Plaintiff's alleged injuries occurred, Costco Wholesale Membership, Inc. owed no duty to Plaintiff and cannot be held legally responsible. As such, Costco Wholesale Membership, Inc. has been named as an improper party to this lawsuit, namely a sham defendant, and must be

disregarded for purposes of determining diversity jurisdiction.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**Amount in Controversy Exceeds $75,000**

6. Plaintiff's lawsuit asserts causes of action against Defendant for negligence and premises liability.

7. In brief, Plaintiff alleges on November 20, 2020, she sustained injuries when she was struck by a vehicle while walking in the parking lot at Defendant's store located at 11800 4th Street, Rancho Cucamonga, CA 91730. Plaintiff alleges Defendant was negligent due to the lack of signage, crosswalks, speed restrictions, or speed deterrents, which created a dangerous condition. Plaintiff contends Defendant knew or should have known of the dangerous condition.

8. Plaintiff alleges she has suffered wage loss, hospital and medical expenses, general damages, and loss of earning capacity.

9. On July 23, 2021, Plaintiff served Defendant with responses to Defendant's Form Interrogatories, Special Interrogatories, Requests for Production of Documents, and Request for Admissions, putting Defendant on notice of the amount in controversy greatly exceeding $75,000.

10. In Plaintiff's response to form interrogatory 6.4, Plaintiff indicated she has medical charges to date totaling $12,277 plus pending Medi-Cal lien charges for her medical treatment with Arrowhead Regional Medical Center, St. Mary Medical Center, Loma Linda University Healthcare, and SAC Clinic.

11. Plaintiff produced medical bills from Arrowhead Regional Medical Center, St. Mary Medical Center (aka Providence St. Mary), Loma Linda University Healthcare, and SAC Clinic, totaling medical charges in the amount of $64,612.38.

12. Plaintiff's document production in response to Defendant' request for production of documents also included billing from CEP America California, Riverside Radiology, Melinda D. Labuguen, M.D., Arrowhead Radiology, and Cal Med Physicians and Surgeons, totaling medical charges in the amount of $2,706.

13. Plaintiff's records also indicate she treated with Connect Hearing and Hanger Clinic. Additional medical charges with these facilities are anticipated.

14. In Plaintiff's response to form interrogatory 6.6, Plaintiff identified a $2,048.07 ambulance bill from American Medical Response.

15. In Plaintiff's response to form interrogatory 6.7, Plaintiff contends she will need additional treatment in the future as indicated in her produced medical records.

16. Plaintiff's produced medical report dated December 10, 2020 by orthopedist Kenny Hanna, M.D. with Pledge Medical states he recommends plaintiff obtain a right elbow, closed versus open, reduction and internal fixation plus physical therapy thereafter 2-3 times per week for 6-8 weeks at an anticipated cost of $90,000.

17. In Plaintiff's response to form interrogatory 6.3, Plaintiff also attributes daily ongoing complaints to her right olecranon (elbow), head, bilateral ears/hearing, memory loss, vision impairment, including eye movement, cervical spine, thoracic spine, and lumbar spine, with all complaints remaining the same.

**Notice of Removal Is Timely**

18. On February 8, 2021, Plaintiff filed this action in the Superior Court of the State of California, County of San Bernardino, as case no. CIVSB2101490.

19. On February 25, 2021, Plaintiff served the Summons and Complaint on Defendant through its registered agent, C T Corporation System.

20. On April 1, 2021, Defendant answered Plaintiff's Complaint in the Superior Court of the State of California, County of San Bernardino.

///

21. Plaintiff's responses to Defendant's Form Interrogatories, Special Interrogatories, Requests for Production of Documents, and Request for Admissions served on July 23, 2021, put Defendant on notice that the amount in controversy greatly exceeds $75,000. This Notice of Removal, therefore, has been timely filed.

**Other Requirements for Removal Are Met**

22. Removal to this Court is proper as the Superior Court of the State of California, County of San Bernardino, where the action was originally filed, is located in this district.

23. A copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit 1.

24. Counsel for Defendant certify it will promptly serve written notice of the removal on counsel for all adverse parties and file it with the clerk of the state court from which the case is being removed.

25. Separate and apart from removal requirements, counsel for Defendant demand a jury trial.

Dated: August 19, 2021         TYSON & MENDES LLP

By: /s/ Kristi Blackwell
ROBERT F. TYSON
KRISTI BLACKWELL
TERRA M. AFFOURTIT
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION